FILED 10 FEB 22 15:24 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JASON WHITEHUREST,

        Petitioner,        Civil No. 08-1376-TC

  v.                         ORDER

MARK NOOTH,

        Respondent.

COFFIN, Magistrate Judge.

    Petitioner's Motion for Voluntary Dismissal (#37) is allowed.

    This proceeding is dismissed.

    IT IS SO ORDERED

    DATED this 22 day of February, 2010.

                                         Thomas M. Coffin
                                         United State Magistrate Judge

1 - ORDER